WILLIAM H. OLIVER, JR.
205 Bond Street – PO Box 1038
Asbury Park, NJ  07712
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Case No. 06-19993 (MBK) |
|---|---|
| **WILLIAM MARTIN TREMBULAK,** | Chapter 7 Bankruptcy |
| Debtor. | CERTIFICATION OF WILLIAM H. OLIVER JR., ESQ. IN OPPOSITION TO CASE CLOSING WITHOUT DISCHARGE |

**WILLIAM H. OLIVER, JR.,** hereby certify that the following is true:

1. I am the attorney representing the debtor, William Martin Trembulak, and make this Certification in Opposition to the Notice of Case Closing Without Discharge.

2. The debtor recently passed away on November 16, 2006.  I am attaching a copy of the Appointment of Administrator being the debtor's brother, Alan G. Trembulak.  He will be testifying at the 341 hearing which has been scheduled for February 2, 2007 at 9:00 am.

3. In the meantime, we are entering this opposition to the closure of the case without the discharge based upon the debtor's death.

4. Due to the foregoing, it is respectfully requested that this case not be closed without the discharge until such time as this case can be deemed completed and thus discharged.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment by the Court.

Dated:  January 11, 2007

                                    <u>/s/William H. Oliver, Jr.</u>
                                    WILLIAM H. OLIVER, JR.
                                    Attorney for Debtor, William M. Trembulak